Ryan E. Hatch (SBN 235577)
Law Office of Ryan E. Hatch, PC
13323 W. Washington Blvd., Suite 100
Los Angeles, CA  90066
Email: ryan@ryanehatch.com

Ethan J. Brown (CA SB No. 218814)
Rowennakete Barnes (CA SB No. 302037)
ethan@bnsklaw.com
kete@bnsklaw.com
Brown, Neri, Smith & Khan LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025
Work: 310-593-9890
Fax: 310-593-9980

Attorneys for Plaintiffs and Counter-
Defendants RK Solutions, LLC and VND
Butyrate, LLC

Anthony J. Dain (Bar No. 98947)
anthony.dain@procopio.com
Brian J. Kennedy (Bar No. 280921)
brian.kennedy@procopio.com
Procopio, Cory, Hargreaves & Savitch
LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant and Cross-
Complainant Vitajoy USA Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RK SOLUTIONS, LLC and VND BUTYRATE, LLC,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **VITAJOY USA INC.** <br><br> **Defendant,** | Civil Action No. 2:18-cv-06608-CAS-E <br><br> **UNOPPOSED MOTION FOR SUBSTITUTION OF PARTIES** |

1
2
3
4
5

Pursuant to Rule 25(c), Federal Rules of Civil Procedure, Plaintiffs RK Solutions, LLC and VND Butyrate, LLC ("Plaintiffs") hereby move this Court for an Order substituting Axcess Global Sciences LLC ("AGS") in place of plaintiff VND Butyrate LLC ("VND Butyrate").  Defendant Vitajoy USA Inc. ("Defendant") does not oppose this motion.

6
7
8
9
10

This is an action for patent infringement asserting U.S. Patent No. 6,613,356 (the "'356 Patent").  Plaintiff VND Butyrate has transferred its interest in the '356 Patent to AGS, pursuant to a certain Patent Assignment Agreement.  Rule 25(c), Federal Rules of Civil Procedure permits (but does not require) the substitution of parties when such a transfer of interest occurs. The Rule states:

11
12
13

> Transfer of Interest. If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party. The motion must be served as provided in Rule 25(a)(3).

14
15
16
17

Fed. R. Civ. P. 25(c); Because VND Butyrate has transferred its interest in the '356 Patent to AGS, Plaintiffs request that AGS be substituted as a plaintiff in place of VND Butyrate.

18

Respectfully submitted,

19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: July 24, 2019                    /s/ *Ryan E. Hatch*
                                        Ryan E. Hatch
                                        Law Office of Ryan E. Hatch, PC

                                        Attorney for Plaintiffs
                                        RK Solutions, LLC and VND Butyrate, LLC


Dated: July 24, 2019                    /s/ *Brian J. Kennedy*
                                        Brian J. Kennedy
                                        Procopio, Cory, Hargreaves & Savitch LLP

                                        Attorney for Defendant
                                        Vitajoy USA Inc.

1

## **ATTESTATION**

2

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose

3

behalf the filing is submitted, concur in the filing's content and have authorized the

4

filing.

5

Dated:  July 24, 2019

6

*/s/ Ryan E. Hatch*

7

Ryan E. Hatch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on July 24, 2019, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system.  The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.  Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

*/s/ Ryan E. Hatch*
Ryan E. Hatch